Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 3

PITTS ENTERPRISES, INC.
DBA DORSEY INTERMODAL,

**S U M M O N S**

**Plaintiff,**

v.  Case No. 24-00030

UNITED STATES,

**Defendant.**

TO:  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff in this action is Pitts Enterprises, Inc. dba Dorsey Intermodal. As an importer, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a), who was a party to the proceeding that led to the determination being challenged. Plaintiff participated in the proceeding through the submission of questionnaire responses and written argument. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. The contested determination is the U.S. Department of Commerce *Chassis and Subassemblies from the People's Republic of China: Final Scope Ruling on Pitts Enterprises, Inc. dba Dorsey Intermodal's Axle and Landing Gear Components*, dated January 10, 2024. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days after the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii).

   (Brief description of contested determination)

3. January 10, 2024

   (Date of determination)

4. <u>Not applicable</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Emily Lawson
Edmund W. Sim
Kelly A. Slater
**Appleton Luff**
1700 Seventh Ave.
Suite 2100
Seattle, WA 98103
(206) 357-8522
lawson@appletonluff.com

<u>/s/ Emily Lawson</u>
Signature of Plaintiff's Attorney

<u>February 6, 2024</u>
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street and Constitution Avenue, NW
Washington, DC 20230