# UNITED STATES COURT OF INTERNATIONAL TRADE

PITTS ENTERPRISES, INC. DBA DORSEY INTERMODAL,

    *Plaintiff*,

v.

UNITED STATES,

    *Defendant*.

Before: Stephen Alexander Vaden, Judge

Court No. 1:24-cv-00030

## ORDER

On consideration of the Consent Motion to Intervene, ECF No. 19, filed by the Coalition of American Chassis Manufacturers, and on consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the Motion is granted as of right, per 28 U.S.C. § 2631(j)(1)(B);

**ORDERED** that the Coalition of American Chassis Manufacturers is party to this action as Plaintiff-Intervenor; and

**ORDERED** that, when the parties submit their proposed scheduling order, they should take steps to prevent the filing of duplicate arguments. Should the parties fail to take such steps, in the interest of the conservation of judicial resources, the Court reserves the right to unilaterally alter their proposed scheduling order to prevent the submission of largely duplicate briefing.

    **SO ORDERED.**

                                                  /s/   Stephen Alexander Vaden
                                                 Stephen Alexander Vaden, Judge

Dated: April 15, 2024
      New York, New York