IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PITTS ENTERPRISES, INC.** *dba* **DORSEY INTERMODAL,**<br><br>        Plaintiff,<br><br>and<br><br>**COALITION OF AMERICAN CHASSIS MANUFACTURERS,**<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>**UNITED STATES,**<br><br>        Defendant. | Before: Hon. Stephen Alexander Vaden, Judge<br><br>Court No. 24-00030 |

## MOTION TO WITHDRAW THE COALITION OF AMERICAN CHASSIS MANUFACTURERS AS PLAINTIFF-INTERVENOR

The Coalition of American Chassis Manufacturers (the "Coalition") hereby moves to withdraw from the above-captioned proceeding as Plaintiff-Intervenor. The Coalition no longer has an interest in the current appeal. Therefore, we respectfully request that the Court grant this motion and permit the Coalition to withdraw as Plaintiff-Intervenor in this action.

        Respectfully Submitted,

        */s/ Robert E. DeFrancesco, III*
        Robert E. DeFrancesco, III, Esq.
        Laura El-Sabaawi, Esq.
        John Allen Riggins, Esq.

        **WILEY REIN LLP**
        2050 M Street, NW
        Washington, DC 20036
        (202) 719-7000

        *Counsel to the Coalition of American Chassis Manufacturers*

Dated: September 16, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PITTS ENTERPRISES, INC.** *dba* **DORSEY INTERMODAL,**<br><br>                    Plaintiff,<br><br>          and<br><br>**COALITION OF AMERICAN CHASSIS MANUFACTURERS,**<br><br>                    Plaintiff-Intervenor,<br><br>          v.<br><br>**UNITED STATES,**<br><br>                    Defendant. | Before: Hon. Stephen Alexander Vaden, Judge<br><br>Court No. 24-00030 |

## ORDER

Upon consideration of the Motion to Withdraw the Coalition of American Chassis Manufacturers (the "Coalition") as Plaintiff-Intervenor in this action, it is hereby.

**ORDERED** that the Coalition's motion is granted; and it is further

**ORDERED** that the Coalition's position as Plaintiff-Intervenor is terminated.

**SO ORDERED.**


Dated: _____, 2024          _____
         New York, New York                              Hon. Stephen Alexander Vaden, Judge