UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

November 20, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Redetermination Pursuant to Court Remand Order in
*Pitts Enterprises, Inc. v. United States*, Court No. 24-00030

Dear Ms. Justice:

Pursuant to the Court's order of October 7, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 909-9632.

Respectfully submitted,

/s Sapna Sharma
Sapna Sharma
Senior Counsel
Office of the Chief Counsel
for Trade Enforcement & Compliance

Attachment

cc:

Emily Lawson
Appleton Luff
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
lawson@appletonluff.com

Catherine M. Yang
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20530
catherine.m.yang@usdoj.gov